**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RONNIE AKINS**                                                                              **PLAINTIFF**
**#266280**

**v.**                                     **Case No: 4:22-CV-01288-LPR**

**MCNEAL, Detective, Maumelle**
**Police Department**, *et al.*                                              **DEFENDANTS**

<u>**ORDER**</u>

On June 16, 2023, this Court ordered Ronnie Akins, within 30 days, to update his address on file with the Court.[1]  Because Mr. Akins has not complied with the Court's Order, as Local Rule 5.5(c)(2) requires him to do, his Complaint is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 21st day of September 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Order (Doc. 7).