**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RONNIE AKINS**                                                                                    **PLAINTIFF**
**#266280**

**v.**                                   **Case No: 4:22-CV-01288-LPR**

**MCNEAL, Detective, Maumelle**
**Police Department,** *et al.*                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

     Consistent with the Order that was entered today and previous Orders in this case, it is

CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED

without prejudice.  The Court certifies that an *in forma pauperis* appeal from this Judgment and

the underlying Order would not be taken in good faith.[1]

     IT IS SO ADJUDGED this 21st day of September 2023.

 

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).